**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TAYLER SHELTON, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 3:21-cv-00408-GCS |
| SUPERVALU INC., et al | ) ) | |
| Defendants. | ) ) | |

<u>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rules of Civil Procedure

41(a)(1)(A)(i), Plaintiff voluntarily dismisses with prejudice this action against Defendants.

Defendants have not yet answered the Complaint or filed a motion for summary judgment.

**GOLDENBERG HELLER
& ANTOGNOLI, P.C.**

By: */s/ Kevin P. Green*
Mark C. Goldenberg, #0990221
Thomas P. Rosenfeld, #06301406
Kevin P. Green, #06299905
2227 South State Route 157
Edwardsville, IL 62025
P: 618-656-5150 / F: 618.656.6230
mark@ghalaw.com
tom@ghalaw.com
kevin@ghalaw.com

Richard S. Cornfeld, #0519391
Daniel S. Levy, #6315524
LAW OFFICE OF RICHARD S. CORNFELD, LLC
1010 Market Street, Suite 1645
St. Louis, Missouri 63101
P. 314-241-5799
F. 314-241-5788
rcornfeld@cornfeldlegal.com
dlevy@cornfeldlegal.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

_/s/ Kevin P. Green_