# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Tayler Shelton,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 21-cv-408-GCS |
| | ) |
| **SuperValu Inc** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Plaintiff's Notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed at Doc. 42, the Court dismisses this case with prejudice.

IT IS SO ORDERED.

DATED: January 12, 2022

                                          MARGARET M. ROBERTIE, Clerk of Court
                                          *s/ Catina Simpson*
                                          Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge